UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **GABRIEL SANCHEZ,** | ) |
| Petitioner, | ) Case No. CV 12-9864 JFW (AJW) |
| v. | ) |
| **DR. JEFFREY A. BEARD,** | ) ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |
| Respondent. | ) |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), the Supplemental Report and Recommendation of Magistrate Judge ("Supplemental Report"), and petitioner's objections to the Report. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a <u>de novo</u> determination of the portions to which objections were directed.

Dated:  May 20, 2014

_____
John F. Walter
United States District Judge