JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GABRIEL SANCHEZ, | Case No. CV 12-9864-JFW(AJW) |
| Petitioner, | |
| v. | |
| DR. JEFFERY A. BEARD, | JUDGMENT |
| Respondent. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: May 20, 2014

_____
John F. Walter
United States District Judge